# IN THE SUPREME COURT OF THE STATE OF NEVADA

KUPAA KEA,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 70539

**FILED**

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK


## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct and/or modify illegal sentence. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

                                         , C.J.
        Parraguirre

                    , J.                              , J.
Hardesty                                      Pickering

---

[1]In light of this order, we take no action on the pro se motion filed on July 18, 2016.

cc: Hon. Scott N. Freeman, District Judge
Kupaa Kea
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Oldenburg Law Office